UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **RICHARD BUCHANAN AND,** | * | **CASE NO.: 17-11134-BPC** |
| **JENA BUCHANAN,** | * | |
| | * | |
| **DEBTORS.** | * | **CHAPTER 13** |

## MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S)

COMES NOW, the undersigned and moves this Honorable Court to enter an Order allowing the undersigned to withdraw as attorney for the above referenced Debtor(s) and as grounds thereof shows unto the Court as follows:

1. The office of the undersigned filed the instant Chapter 13 Bankruptcy for the debtor(s) on June 8, 2017.

2. During the course of representing the debtor(s), an unwaivable conflict of interest has arisen and the undersigned is unable to continue representing the client(s).

3. As a result, the undersigned respectfully requests this Honorable Court allow the undersigned to withdraw from representing the debtor(s).

WHEREFORE, the undersigned respectfully requests this Honorable Court enter an Order allowing him to withdraw as attorney of record for the debtor(s).

RESPECTFULLY SUBMITTED this 3rd day of September, 2020.

        BROCK & STOUT

        /s/ Michael D. Brock
        Michael D. Brock {BRO152}
        Attorney for Debtor(s)
        Post Office Drawer 311167
        Enterprise, Alabama 36331-1167
        (334) 393-4357
        (334) 393-0026 FAX

1

bankruptcy@brockandstoutlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing Motion to Withdraw as Attorney for Debtor(s) upon the following and **all creditors** by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 3rd day of September, 2020.

Danielle Greco
Bankruptcy Administrator
ba@almb.uscourts.gov

Sabrina L. McKinney
Chapter 13 Trustee
McKinneys@ch13mdal.org

Richard and Jena Buchanan
PO Box 15
Midland City, AL 36350

/s/ Michael D. Brock
Michael D. Brock {BRO152}
Attorney for Debtor(s)